# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KARINA ROZENFELD,

Appellant,

V.

LYDIA RYAN,

Appellee.

NO. 2D2024-0496

_____

August 30, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Pinellas County; Susan Bedinghaus, Judge

Karina Rozenfeld, pro se.

Lydia Ryan, for pro se.


PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.